FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## I. CAPTION

**SIKEEM BURWELL**
*(Enter the full name of the plaintiff or plaintiffs)*

v.

**JOSEPH COONEY, AND CITY OF PHILADELPHIA, PA.**
*(Enter the full name of the defendant or defendants)*

FILED
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## II. PARTIES

a. **Plaintiff**

   Full name: **Sikeem Kyeal Burwell**

   Prison identification number: **FZ 1243**

   Place of present confinement: **S.C.I FAYETTE**

   Address: **P.O. BOX 9999 LABELLE, PA. 15450**

   Place of confinement at time of incidents or conditions alleged in complaint, including address: **Vacant Lot on Frankford Ave. Phila., Pa.**

   Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. **Defendants:** (list only those defendants named in the caption of the complaint, section I)

   1. Full name including title: **OFFICER JOSEPH COONEY**

      Place of employment and section or unit: **NARCOTIC STRIKE FORCE**

   2. Full name including title: **CITY OF PHILADELPHIA**

      Place of employment and section or unit: **PHILA., PA.**

   3. Full name including title: _____

      Place of employment and section or unit: _____

   4. Full name including title: _____

      Place of employment and section or unit: _____

   Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

STATE OF CLAIM

On Sept 2nd, 2003 Officer Joseph Cooney, beat me with his gun on my head and face. I was taken to Temple Epistople Hospital on Front and Lehigh Ave., where my injuries was documented. Officer Cooney violated my 8th Amendment, cruel and unusual punishment.

Officer Cooney also falsely arrested me, by charging me with aggravated assault. Office Cooney claimed that I hit him in the eye, giving him a black and blue eye. He also claimed he took pictures of his injury. Officer Cooney have no picture of such injury, also officer Cooney and his partner took me straight to the hospital and officer Cooney didn't get any hospital report, because there was no injuries he had sustained by me or any one else. There was noting wrong with him only his feign allegations.

## V. STATEMENT OF CLAIM

*Instructions:*

State here as briefly as possible the **facts** of your case. Use **plain language** and do not make legal arguments or cite cases or statutes. State how **each defendant** violated your constitutional rights. Although you may **refer** to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are **factually related**. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the **reverse of** this page or a separate sheet of paper if you need more space.

*Statement of claim:*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VI. RELIEF

*Instruction:* Briefly state exactly what you want the Court to do for you.

*Relief sought:*

punitive DAMAGES $750,000.00      compensatory $250,000.00

_____

_____

_____

## VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

3-30-05                           Sibeem Kyeal Burwell
DATE                              SIGNATURE OF PLAINTIFF(S)

Page 4